UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 HEALTH AND WELFARE TRUST FUND, et al., <br><br>　　　　Plaintiffs. <br><br>　　v. <br><br>S M S INDUSTRIAL INC., et al., <br><br>　　　　Defendants. | Case No.  12-cv-04309-JCS <br><br>**CASE MANAGEMENT AND PRETRIAL ORDER AND ORDER TO SHOW CAUSE** |
|---|---|

Following a case management conference held on **March 22, 2013,**

IT IS HEREBY ORDERED THAT:

1. By April 1, 2013, Plaintiff shall settle this case, or take the default of the Defendants and file for default judgment by April 30, 2013.

2. Plaintiff shall appear on **April 19, 2013, at 1:30 PM**, and then and there show cause why this case should not be dismissed for failure to prosecute.

3. A further case management conference is set for **April 19, 2013, at 1:30 PM.**

IT IS SO ORDERED.

Dated: March 27, 2013

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Joseph C. Spero
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge