MICHAEL E. MOSS  63408
HENRY Y. CHIU  222927
MOSS, TUCKER, CHIU, HEBESHA & WARD PC
5260 North Palm Avenue, Suite 205
Fresno, California  93704
Telephone: (559) 472-9922
Facsimile:  (559) 472-9892

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 PENSION TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 APPRENTICE TRAINING TRUST FUND; and BOARD OF TRUSTEES OF THE CENTRAL CALIFORNIA PIPE TRADES INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND<br><br>Plaintiffs,<br><br>vs.<br><br>S M S INDUSTRIAL INC; LONNY MICHAEL WHITE; ORLANDO THOMAS MICHELON; OLD REPUBLIC SURETY COMPANY; and DOES 1 through 50,<br><br>Defendants. | Case No. CV 12-4309 JCS<br><br>**REQUEST AND ORDER TO ADD CORINNE KATHLEEN WHITE AS DOE 1** |

LAW OFFICES
Moss, Tucker, Chiu,
Hebesha & Ward
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 205
FRESNO, CA 93704

1
REQUEST AND ORDER TO ADD CORINNE KATHLEEN WHITE AS DOE 1

Exh C 2013-04-11.doc

Plaintiffs Board of Trustees of the Pipe Trades District Council No. 36 Health and Welfare Trust Fund, Board of Trustees of the Pipe Trades District Council No. 36 Pension Trust Fund, Board of Trustees of the Pipe Trades District Council No. 36 Apprentice Training Trust Fund, and Board of Trustees of the Central California Pipe Trades Industry Labor-Management Cooperation Committee Trust Fund (collectively, "Plaintiffs") hereby request an order from the Court to add Corinne Kathleen White ("Ms. White") as defendant DOE 1, based the following facts, and the express consent of Ms. White below:

1. Plaintiffs, the remaining defendants and Ms. White have executed a written "Settlement Agreement Pipe Trades District Council No. 36 Trust Funds and SMS Industrial Inc. et al." ("Agreement"), which resolves the entire present action, subject to the Court issuing the order requested herein.

2. As part of the Agreement, the remaining defendants and Ms. White have represented and warranted to Plaintiffs that: (i) defendant Orlando Michelon ("Mr. Michelon") was not involved with the ownership, management or control of SMS, in any way, for the entire time period at issue herein, notwithstanding SMS' record to the contrary with the Contractors State License Board; and (ii) Ms. White acted as the Chief Executive Officer and President of SMS, or otherwise exercised discretionary authority and control over the management and dispositions of monies and other assets by, and on behalf of, SMS for the entire time period.

3. In reliance upon these representations and warranties, but without conceding the truth thereof, Plaintiffs, the remaining defendants and Ms. White have agreed that, as part of the Agreement, Plaintiffs will seek an order from the Court allowing Plaintiffs to add Ms. White as DOE 1 (the present Request), and that if the Court grants such an order, dismiss Mr. Michelon from the present action, and the present action in its entirety (including Ms. White), pursuant to a Notice of Voluntary Dismissal, which Plaintiffs will file subsequently with the Court.

Dated: April ____, 2013.          MOSS, TUCKER, CHIU, HEBESHA & WARD


                                  _____
                                  Henry Y. Chiu, Esq.
                                  Counsel for Plaintiffs

LAW OFFICES
Moss, Tucker, Chiu,
Hebesha & Ward
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 205
FRESNO, CA 93704

2
REQUEST AND ORDER TO ADD CORINNE KATHLEEN WHITE AS DOE 1

Exh C 2013-04-11.doc

I hereby consent, and join in Plaintiffs' request to be added as DOE 1 herein.

Dated: April _____, 2013.  CORINNE KATHLEEN WHITE

_____
Corinne K. White, in her individual capacity

*Reviewed and Approved as to Form:*

Dated: April _____, 2013.  PATANE GUMBERG LLP

_____
James K. Gumberg, Esq.
Counsel for Corinne White

## **ORDER**

IT IS HEREBY ORDERED THAT CORINNE KATHLEEN WHITE IS ADDED AS A NEW DEFENDANT HEREIN, IN PLACE OF DOE 1.

DATED: 4/19/13

_____
HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

LAW OFFICES
Moss, Tucker, Chiu,
Hebesha & Ward
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 205
FRESNO, CA 93704

3
REQUEST AND ORDER TO ADD CORINNE KATHLEEN WHITE AS DOE 1

Exh C 2013-04-11.doc

Plaintiffs Board of Trustees of the Pipe Trades District Council No. 36 Health and Welfare Trust Fund, Board of Trustees of the Pipe Trades District Council No. 36 Pension Trust Fund, Board of Trustees of the Pipe Trades District Council No. 36 Apprentice Training Trust Fund, and Board of Trustees of the Central California Pipe Trades Industry Labor-Management Cooperation Committee Trust Fund (collectively, "Plaintiffs") hereby request an order from the Court to add Corinne Kathleen White ("Ms. White") as defendant DOE 1, based the following facts, and the express consent of Ms. White below:

1. Plaintiffs, the remaining defendants and Ms. White have executed a written "Settlement Agreement Pipe Trades District Council No. 36 Trust Funds and SMS Industrial Inc. et al." ("Agreement"), which resolves the entire present action, subject to the Court issuing the order requested herein.

2. As part of the Agreement, the remaining defendants and Ms. White have represented and warranted to Plaintiffs that: (i) defendant Orlando Michelon ("Mr. Michelon") was not involved with the ownership, management or control of SMS, in any way, for the entire time period at issue herein, notwithstanding SMS' record to the contrary with the Contractors State License Board; and (ii) Ms. White acted as the Chief Executive Officer and President of SMS, or otherwise exercised discretionary authority and control over the management and dispositions of monies and other assets by, and on behalf of, SMS for the entire time period.

3. In reliance upon these representations and warranties, but without conceding the truth thereof, Plaintiffs, the remaining defendants and Ms. White have agreed that, as part of the Agreement, Plaintiffs will seek an order from the Court allowing Plaintiffs to add Ms. White as DOE 1 (the present Request), and that if the Court grants such an order, dismiss Mr. Michelon from the present action, and the present action in its entirety (including Ms. White), pursuant to a Notice of Voluntary Dismissal, which Plaintiffs will file subsequently with the Court.

Dated: April 18, 2013.         MOSS, TUCKER, CHIU, HEBESHA & WARD

_____
Henry Y. Chiu, Esq.
Counsel for Plaintiffs

LAW OFFICES
Moss, Tucker, Chiu,
Hebesha & Ward
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 205
FRESNO, CA 93704

I hereby consent, and join in Plaintiffs' request to be added as DOE 1 herein.

Dated: April 15, 2013.

_____
Corinne K. White, in her individual capacity

Dated: April 16, 2013.

Reviewed and Approved as to Form:
PATANE GUMBERG LLP

_____
James K. Gumberg, Esq.
Counsel for Corinne White

## ORDER

IT IS HEREBY ORDERED THAT CORINNE KATHLEEN WHITE IS ADDED AS A NEW DEFENDANT HEREIN, IN PLACE OF DOE 1.

DATED: _____

_____
HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

LAW OFFICES
Motte, Tucker, Chiu
Hebeshu & Ward
A PROFESSIONAL CORPORATION
1240 North Palm Avenue
Suite 200
Fresno, CA 93704

3
REQUEST AND ORDER TO ADD CORINNE KATHLEEN WHITE AS DOE 1