1  MICHAEL E. MOSS  63408
   HENRY Y. CHIU  222927
2  MOSS, TUCKER, CHIU, HEBESHA & WARD PC
   5260 North Palm Avenue, Suite 205
3  Fresno, California  93704
   Telephone: (559) 472-9922
4  Facsimile:  (559) 472-9892

5  Attorneys for Plaintiffs

6

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                         * * *

11 | BOARD OF TRUSTEES OF THE PIPE            ) | Case No. CV 12-4309 JCS
   | TRADES DISTRICT COUNCIL NO. 36           ) |
12 | HEALTH AND WELFARE TRUST                 ) |
   | FUND; BOARD OF TRUSTEES OF THE           ) | **REQUEST AND ORDER TO ADD**
13 | PIPE TRADES DISTRICT COUNCIL NO.         ) | **CORINNE KATHLEEN WHITE AS**
   | 36 PENSION TRUST FUND; BOARD OF          ) | **DOE 1**
14 | TRUSTEES OF THE PIPE TRADES              ) |
   | DISTRICT COUNCIL NO. 36                  ) |
15 | APPRENTICE TRAINING TRUST                ) |
   | FUND; and BOARD OF TRUSTEES OF           ) |
16 | THE CENTRAL CALIFORNIA PIPE              ) |
   | TRADES INDUSTRY LABOR-                   ) |
17 | MANAGEMENT COOPERATION                   ) |
   | COMMITTEE TRUST FUND                     ) |
18                                            )
            Plaintiffs,                       )
19                                            )
         vs.                                  )
20                                            )
   S M S INDUSTRIAL INC; LONNY                )
21 MICHAEL WHITE; ORLANDO                     )
   THOMAS MICHELON; OLD REPUBLIC              )
22 SURETY COMPANY; and DOES 1                 )
   through 50,                                )
23                                            )
            Defendants.                       )
24                                            )
                                              )
25 _____)

26

27

LAW OFFICES
Moss, Tucker, Chiu,
Hebesha & Ward
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 205
FRESNO, CA 93704
28
                              1
   REQUEST AND ORDER TO ADD CORINNE KATHLEEN WHITE AS DOE 1
                                                    Exh C 2013-04-11.doc

1    Plaintiffs Board of Trustees of the Pipe Trades District Council No. 36 Health and Welfare Trust Fund, Board of Trustees of the Pipe Trades District Council No. 36 Pension Trust Fund, Board of Trustees of the Pipe Trades District Council No. 36 Apprentice Training Trust Fund, and Board of Trustees of the Central California Pipe Trades Industry Labor-Management Cooperation Committee Trust Fund (collectively, "Plaintiffs") hereby request an order from the Court to add Corinne Kathleen White ("Ms. White") as defendant DOE 1, based the following facts, and the express consent of Ms. White below:

1. Plaintiffs, the remaining defendants and Ms. White have executed a written "Settlement Agreement Pipe Trades District Council No. 36 Trust Funds and SMS Industrial Inc. et al." ("Agreement"), which resolves the entire present action, subject to the Court issuing the order requested herein.

2. As part of the Agreement, the remaining defendants and Ms. White have represented and warranted to Plaintiffs that: (i) defendant Orlando Michelon ("Mr. Michelon") was not involved with the ownership, management or control of SMS, in any way, for the entire time period at issue herein, notwithstanding SMS' record to the contrary with the Contractors State License Board; and (ii) Ms. White acted as the Chief Executive Officer and President of SMS, or otherwise exercised discretionary authority and control over the management and dispositions of monies and other assets by, and on behalf of, SMS for the entire time period.

3. In reliance upon these representations and warranties, but without conceding the truth thereof, Plaintiffs, the remaining defendants and Ms. White have agreed that, as part of the Agreement, Plaintiffs will seek an order from the Court allowing Plaintiffs to add Ms. White as DOE 1 (the present Request), and that if the Court grants such an order, dismiss Mr. Michelon from the present action, and the present action in its entirety (including Ms. White), pursuant to a Notice of Voluntary Dismissal, which Plaintiffs will file subsequently with the Court.

Dated: April ____, 2013.        MOSS, TUCKER, CHIU, HEBESHA & WARD

_____
Henry Y. Chiu, Esq.
Counsel for Plaintiffs

LAW OFFICES
Moss, Tucker, Chiu,
Hebesha & Ward
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 205
FRESNO, CA 93704

2
REQUEST AND ORDER TO ADD CORINNE KATHLEEN WHITE AS DOE 1

Exh C 2013-04-11.doc

1  I hereby consent, and join in Plaintiffs' request to be added as DOE 1 herein.

2  Dated: April _____, 2013.        CORINNE KATHLEEN WHITE

3

4                                   _____
                                    Corinne K. White, in her individual capacity
5

6

7                                   *Reviewed and Approved as to Form:*

8  Dated: April _____, 2013.        PATANE GUMBERG LLP

9

10                                  _____
                                    James K. Gumberg, Esq.
11                                  Counsel for Corinne White

12

13

14                          **<u>ORDER</u>**

15     IT IS HEREBY ORDERED THAT CORINNE KATHLEEN WHITE IS ADDED AS A

16 NEW DEFENDANT HEREIN, IN PLACE OF DOE 1.

17    DATED: 4/19/13

18

19                                  _____
                                    HON. JOSEPH C. SPERO
20                                  UNITED STATES MAGISTRATE JUDGE

LAW OFFICES
Moss, Tucker, Chiu,
Hebesha & Ward
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 205
FRESNO, CA 93704

3
REQUEST AND ORDER TO ADD CORINNE KATHLEEN WHITE AS DOE 1

Exh C 2013-04-11.doc

Plaintiffs Board of Trustees of the Pipe Trades District Council No. 36 Health and Welfare Trust Fund, Board of Trustees of the Pipe Trades District Council No. 36 Pension Trust Fund, Board of Trustees of the Pipe Trades District Council No. 36 Apprentice Training Trust Fund, and Board of Trustees of the Central California Pipe Trades Industry Labor-Management Cooperation Committee Trust Fund (collectively, "Plaintiffs") hereby request an order from the Court to add Corinne Kathleen White ("Ms. White") as defendant DOE 1, based the following facts, and the express consent of Ms. White below:

1. Plaintiffs, the remaining defendants and Ms. White have executed a written "Settlement Agreement Pipe Trades District Council No. 36 Trust Funds and SMS Industrial Inc. et al." ("Agreement"), which resolves the entire present action, subject to the Court issuing the order requested herein.

2. As part of the Agreement, the remaining defendants and Ms. White have represented and warranted to Plaintiffs that: (i) defendant Orlando Michelon ("Mr. Michelon") was not involved with the ownership, management or control of SMS, in any way, for the entire time period at issue herein, notwithstanding SMS' record to the contrary with the Contractors State License Board; and (ii) Ms. White acted as the Chief Executive Officer and President of SMS, or otherwise exercised discretionary authority and control over the management and dispositions of monies and other assets by, and on behalf of, SMS for the entire time period.

3. In reliance upon these representations and warranties, but without conceding the truth thereof, Plaintiffs, the remaining defendants and Ms. White have agreed that, as part of the Agreement, Plaintiffs will seek an order from the Court allowing Plaintiffs to add Ms. White as DOE 1 (the present Request), and that if the Court grants such an order, dismiss Mr. Michelon from the present action, and the present action in its entirety (including Ms. White), pursuant to a Notice of Voluntary Dismissal, which Plaintiffs will file subsequently with the Court.

Dated: April 18, 2013.   MOSS, TUCKER, CHIU, HEBESHA & WARD

   _____
   Henry Y. Chiu, Esq.
   Counsel for Plaintiffs

LAW OFFICES
Moss, Tucker, Chiu,
Hebesha & Ward
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 205
FRESNO, CA 93704

I hereby consent, and join in Plaintiffs' request to be added as DOE 1 herein.

Dated: April 15, 2013.

_____
CORINNE KATHLEEN WHITE
Corinne K. White, in her individual capacity

Dated: April 16, 2013.

Reviewed and Approved as to Form:
PATANE GUMBERG LLP

_____
James K. Gumberg, Esq.
Counsel for Corinne White

## ORDER

IT IS HEREBY ORDERED THAT CORINNE KATHLEEN WHITE IS ADDED AS A NEW DEFENDANT HEREIN, IN PLACE OF DOE 1.

DATED: _____

_____
HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

LAW OFFICES
Motts, Tucker, Chiu
Hebeshu & Ward
A PROFESSIONAL CORPORATION
5260 North Palm Avenue
Suite 206
Fresno, CA 93704